WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryant Noah Flemate, | No. CV-23-00356-PHX-DJH |
| Petitioner, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Respondents. | |

On November 30, 2023, Magistrate Judge Michael T Morrissey issued a Report and Recommendation ("R&R") recommending Petitioner Bryant Noah Flemate's Amended Petition seeking a federal writ of habeas corpus (Doc. 5) be denied and dismissed with prejudice. (Doc. 12). Petitioner has not filed any objections and the time to do so has passed. The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 12) is **ACCEPTED AND ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** the Amended Petition for Writ of Habeas Corpus (Doc. 5) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** because reasonable jurists would not find the ruling debatable.

/ / /

/ / /

1    **IT IS FURTHER ORDERED** the Clerk of Court shall close this matter.

2    Dated this 21st day of March, 2024.

_____
Honorable Diane J. Humetewa
United States District Judge